HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JOSE GONZALEZ-TALAVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:11-CR-0256 TLN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JOSE GONZALEZ-TALAVERA, | |
| Defendant. | Date:   October 10, 2013<br>Time:   9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Jose Gonzalez-Talavera, and plaintiff, United States of America, that the status conference scheduled for October 10, 2013, may be rescheduled for October 31, 2013, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

The parties have reached a plea agreement in this case but await preparation and review of a pre-plea presentence report that will enable plea and sentencing to occur on the same day. The parties expect to have the documents they need prior to the rescheduled hearing date but request additional time so the documents may be completed and reviewed.  The parties further agree that the interests of justice to be served by the continuance they request outweigh the best interests of the public and Mr. Gonzalez-Talavera in a speedy trial.  They ask the Court to

exclude time under the Speedy Trial Act from the date of this order through October 31, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: October 3, 2013            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOSE GONZALEZ-TALAVERA

                                    BENJAMIN WAGNER
                                    United States Attorney

Dated: October 3, 2013            /s/ T. Zindel for N. Desai
                                    NIRAV DESAI
                                    Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 31, 2013, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 31, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: October 7, 2013

                                    Troy L. Nunley
                                    United States District Judge